Case: 1:23-mj-00073
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/6/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Alexander Dehr, is a Special Agent assigned to FBI Chicago's Counterterrorism Branch - All Hazards Assessment squad. In my duties as a special agent, I handle initial threat information, criminal complaints, events and suspicious activities. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6,2021. Through my employment with the FBI, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, investigative interviews, financial investigations, the service of administrative and grand jury subpoenas, and the execution of search and arrest warrants, including the execution of search warrants involving electronic evidence. Prior to my employment with the FBI, I was employed with the Lafayette, Indiana Police Department (LPD) for approximately six years. During my tenure with LPD, I gained experience investigating threats and criminal matters. I also gained experience in testifying in state court. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Eastern Standard Time ("EST"). Shortly thereafter, by approximately 1:30 p.m. EST, the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary, and permanent barricades were in place around the exterior of the U.S. Capitol building establishing a restricted area, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m. EST, individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

1

Shortly thereafter, at approximately 2:20 p.m. EST members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. EST. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

As a result of the siege of the Capitol, the Mayor of the District of Columbia issued a Declaration of a Second Public Emergency – Citywide Curfew which imposed a curfew commencing at 6:00 p.m. EST on January 6, 2021 and ending at 6:00 a.m. EST on Thursday, January 7, 2021. This adversely impacted interstate commerce[1]. For instance, Safeway Supermarket in Washington, D.C. closed at 4:00 p.m. EST as a result of the curfew, negatively impacting sales[2].

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

During the course of this investigation your affiant reviewed records provided by Google based on a search warrant. Analysis of the location data provided by Google revealed that a mobile device associated with Google Account – quinnpkeen87@gmail.com – ("the Google Account") likely traveled from the Las Vegas, Nevada area to the Washington, D.C. area between January 1, 2021 and January 5, 2021. Furthermore, between January 4, 2021 and January 5, 2021, analysis of the location data provided by Google placed a mobile device associated with the Google Account at an approximate location known to your affiant in Indiana. Further, the Google records establish a mobile device associated with the Google Account was present at and inside of the U.S. Capitol on January 6, 2021. Google estimates that its location data is accurate to within 10 meters. In this case, Google location data showed that a device associated with the Google Account was inside the U.S. Capitol on January 6, 2021, between 2:40 p.m. EST and 4:40 p.m. EST. According to records provided by Google, the subscriber information for the Google Account was "Quinn Keen" (KEEN). The Google Account listed a recovery phone number of 618-579-8746 ("8746 number"). According to records provided by Sprint, as of January 6, 2021, the account for the 8746 number was also attributed to KEEN.

On July 20, 2021, an anonymous complainant submitted an online tip to the FBI National Threat Operations Center ("NTOC") which provided, in pertinent part: "Quinn [KEEN] was bragging of being at the Capitol attack, showed video of himself smoking pot in Capitol building."

---

[1] https://mayor.dc.gov/release/mayor-bowser-orders-citywide-curfew-beginning-6pm-today
[2] https://www.washingtoninformer.com/safeway-closes-d-c-locations-amid-protests/

On November 15, 2021, an FBI agent telephonically interviewed Witness-1 ("W-1"), a person with a familial relationship to KEEN. W-1 resided at the last known permanent address of KEEN in Illinois. W-1 indicated that KEEN had not been present at that address for approximately three or four months. W-1 believed that KEEN lived out of his car and stated that KEEN had previously lived on the streets and under a bridge. W-1 stated that he/she was telephonically blocked by KEEN and was not able to communicate with him. W-1 received a text from an unknown number on January 6th, 2020 [2021][3] of a large gathering in front of the Capitol building. There were no words with the image, but W-1 assumed it was from KEEN.

On November 16, 2021, FBI agents interviewed Witness-2 ("W-2") and Witness-3 ("W-3"), two other individuals who have a familial relationship with KEEN at W-2's residence.   W-2 provided that KEEN stayed at his/her residence from approximately January 1 or January 2, 2021 to approximately January 4 or January 5, 2021. When KEEN arrived at the residence, W-2 did not recognize him until he identified himself. KEEN told W-2 approximately six months after January 6, 2021 that he had visited Washington D.C. during the Capitol Riots. W-2 believed KEEN resided around the Starved Rock State Park area in Illinois. W-2 shared with the interviewing Agents a photograph of KEEN that was taken at his/her residence in approximately July 2021 (Exhibit 1). KEEN told W-3 prior to leaving in early January 2021 that he was traveling to Washington, D.C.



Exhibit 1 – Photograph of KEEN taken in July 2021 provided by W-2

On January 6, 2021, W-3 exchanged text messages with KEEN using the Discord application. W-3 shared with interviewing agents the following screenshot of the referenced text message exchange between Discord usernames "Quinntiful" and W-3's screenname (Exhibit 2).

---

[3] The interviewing FBI Agent attested to a typing error in the FBI form FD-302 documenting the November 15, 2021 interview of W-1. W-1 in fact stated he/she received the text message on January 6, *2021*.



Exhibit 2 – Screenshot from Discord provided by W-3



Exhibit 2 (section enlarged and highlighted to reflect date)



Exhibit 2 (section enlarged and highlighted to reflect text)

According to records subpoenas from Discord, the subscriber information associated with user account Quinntiful#711 was attributed to the Google Account and the 8746 number.

According to records provided by Discord based on a search warrant, the following text messages and attachment of interest were maintained for user account Quinntiful#711 attributed to KEEN (Exhibit 3 – 4). Based on the screen shot provided by W-3 (Exhibit 2), it appears certain text messages were missing from this conversation thread contained in the Discord records, to include the messages: (1) "all my good shit is vods" and (2) "i got in the capital".

| Timestamp | Username | Contents |
|---|---|---|
| 2020-12-31 18:15:12 | Quinntiful#0711 | so purple. send me an address. im heading to dc, might stop by in a few days |

| Timestamp | Username | Contents |
|---|---|---|
| 2021-01-01 18:39:12 | W-3 | Good deal. When will you be through? |
| 2021-01-01 18:39:25 | Quinntiful#0711 | 2 3 days |
| 2021-01-01 19:14:49 | Quinntiful#0711 | im going to the grand caynin |
| 2021-01-01 19:14:57 | Quinntiful#0711 | 4hrs away |

| Timestamp | Username | Contents |
|---|---|---|
| 2021-01-05 04:51:35 | W-3 | You going to be gone when I get home? |

| Timestamp | Username | Contents |
|---|---|---|
| 2021-01-06 23:44:21 | Quinntiful#0711 | *N/A* |
| 2021-01-06 23:44:50 | W-3 | Disgusting. I have no desire to talk to you. Shameful |
| 2021-01-06 23:45:00 | W-3 | You're a disgrace to yourself and america |
| 2021-01-06 23:45:09 | Quinntiful#0711 | helped a dude that took a bullet to the mouth |
| 2021-01-06 23:45:30 | Quinntiful#0711 | i mean ur entitled to ur opinion |
| 2021-01-06 23:45:54 | W-3 | No you absolutely are. Goodbye until you admit you were wrong |

Exhibit 3 – Text message content of interest between Quinntiful#0711 and W-3 obtained from Discord records



Exhibit 4 – Attachment dated 2021-01-06

Your affiant reviewed video footage from U.S. Capitol closed-circuit television ("CCTV"), Metropolitan Police Department of the District of Columbia ("MPD") body-worn camera ("BWC"), and open-sources originating from inside and around the U.S. Capitol on January 6, 2021. An individual your affiant believes to be KEEN was observed in video footage wearing what appeared to be a brown-colored sweatshirt underneath a tan-colored jacket, and jeans. This individual was observed in video footage in the area of the West Plaza throwing what appears to be a metal coffee mug at law enforcement officers (Exhibit 5 – 8).



Exhibit 5 – Still of video footage from open-source[4]



Exhibit 6 – Still of video footage from an MPD Officer's BWC

[4] https://www.facebook.com/HelpStopHate/videos/199677565356685



Exhibit 7 – Still of video footage from open-source[5]



Exhibit 8 – Still of video footage from an MPD Officer's  BWC

[5] https://www.facebook.com/HelpStopHate/videos/199677565356685

This individual was also observed throwing an unknown liquid from what appears to be a plastic bottle, and then throwing the actual bottle at law enforcement officers (Exhibit 9 – 11).



Exhibit 9 – Still of video footage from an MPD Officer's BWC



Exhibit 10 – Still of video footage from an MPD Officer's  BWC



Exhibit 11 – Still of video footage from an MPD Officer's  BWC

This individual was then observed making physical contact with an MPD officer (MPD Officer C) in a manner consistent with kicking the officer and then pushing the officer (Exhibit 12 – 15).



Exhibit 12 – Still of video footage from MPD Officer C's BWC



Exhibit 13 – Still of video footage from open-source[6]



Exhibit 14 – Still of video footage from an MPD Officer's BWC

---

[6] https://twitter.com/DrewHLive/status/1346948772308406275?s=20&t=TzRun00V-LeqhuVLyZYy



Exhibit 15 – Cropped stills of video footage from an MPD Officer's BWC (frame by frame)

The individual your affiant believed to be KEEN was observed entering the U.S. Capitol through the Upper West Terrace door at approximately 2:38 p.m. EST (Exhibit 16), and then traveling up a staircase. The individual was then observed traveling into the Rotunda (Exhibit 17), then exiting the Rotunda towards the Senate chambers (Exhibit 18 – 19), and then traveling back into the Rotunda. The individual was next observed exiting the U.S. Capitol through the East Rotunda door at approximately 3:15 p.m. EST (Exhibit 20).



Exhibit 16 – Still of video footage from U.S. Capitol CCTV



Exhibit 17 – Still of video footage from U.S. Capitol CCTV



Exhibit 18 – Still of video footage from open-source[7]



Exhibit 19 – Still of video footage from open-source[8]

---

[7] Court Case Files | Nicholas DeCarlo and Nicholas Ochs Ex 28 - 210107
LAURA USA CAPITOL WASHINGTON.mp4
[8] Court Case Files | Nicholas DeCarlo and Nicholas Ochs Ex 28 - 210107
LAURA USA CAPITOL WASHINGTON.mp4



Exhibit 20 – Still of video footage from U.S. Capitol CCTV

Your affiant compared the image provided by W-2 (Exhibit 1) to the individual depicted in the referenced video footage originating from inside and around the U.S. Capitol on January 6, 2021. Based on this visual comparison, your affiant believed each to be depicting QUINN KEEN.

On January 19, 2022, W-2 and W-3 positively identified KEEN as the individual your affiant believed to be KEEN. W-2 and W-3 identified KEEN in provided video footage and provided still screenshots of footage that originated from inside and around the U.S. Capitol on January 6, 2021. W-2 and W-3 identified KEEN as the white male, wearing a tan jacket, with a dark colored hooded sweatshirt which appeared to have red letters, brown hair, mustache, goatee, and wearing glasses. W-2 advised the jacket and glasses KEEN was wearing in the video footage were the same jacket and glasses that KEEN wore at his/her residence, and when KEEN left the residence on approximately January 4 or January 5, 2021.  W-2 further advised the same was true for KEEN's hair and facial hair.



Exhibit 21 – Still of video footage from open-source[9]



Exhibit 22 – Still of video footage from an MPD Officer's  BWC

---

[9] Court Case Files | Nicholas DeCarlo and Nicholas Ochs Ex 28 - 210107
LAURA USA CAPITOL WASHINGTON.mp4



Exhibit 23 – Still of video footage from an MPD Officer's BWC

On February 3, 2023, the FBI interviewed MPD Officer C. MPD Officer C stated that on January 6, 2021, after responding the U.S. Capitol during her course of duties, he/she was pushed by the individual identified as KEEN. MPD Offficer C confirmed the individual that pushed him/her is the individual circled in red in Exhibit 24.



Exhibit 24 - Video footage from an MPD Officer's BWC

In summary, On January 6, 2021, KEEN interfered with and assaulted law enforcement officers while on the U.S. Capitol grounds as they performed their duties, to include kicking and pushing MPD Officer C, throwing what appears to be a metal coffee mug at law enforcement officers, and throwing unknown liquid from what appears to be a plastic bottle, and then throwing the bottle at law enforcement officers. MPD Officer C identified KEEN in video footage as the individual that pushed him/her. KEEN also entered the U.S. Capitol building on January 6, 2021 and was observed in video footage smoking what was referred to as a "joint"[10] while present in the Rotunda (Exhibit 21). Google location data places the Google Account attributed to KEEN inside and around the U.S. Capitol on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that KEEN violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and 18 U.S.C. § 1752(a)(4), which makes it a crime to knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that KEEN violated Title 40 U.S.C. § 5104(e)(2)(D),(F), and (G), which makes it a crime to willfully and knowingly; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Your affiant further submits there is probable cause to believe that KEEN violated Title 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department,

---

[10] "joint" and "weed" are referenced in open-source video
https://archive.org/details/SyFiR9W4gsBaoeLJj

agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Finally, your affiant submits there is probable cause to believe that KEEN committed a felony violation of Title 18, U.S.C. § 111(a)(1), which makes it unlawful to forcibly assault, resist, oppose, intimidate, or interfere with any person or persons while engaged in or on account of the performance of official duties. For purposes of Section 111(a)(1), the person or persons in this instance were Metropolitan Police Department officers responding to the siege of the United States Capitol.

_____
Alexander Dehr
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6th day of April 2023.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE