

# UNITED STATES DISTRICT COURT
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  (312) 435-5670
**Clerk**

## Transfer of Criminal Case

April 10, 2023

District of Columbia District Court
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

Case Title:  USA v. Keen

Northern District of Illinois Case No.:  1:23-cr-00206-1    Other Court's Case No.:  1:23-mj-73

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                  ☐ In    ☒ Out

☒ Order.
☐ Commitment Order.
☐ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.

Revised 10/03/16

☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.
☐ **F.R.Cr.P. 20**  ☐ **F.R.Cr.P. 21**  ☐ In  ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/A. Keil
       Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:

Clerk, U.S. District Court
By:
Deputy Clerk

Revised 10/03/16

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
QUINN KEEN

Defendant

)
)
)
)
)
)
)

Case: 1:23-mj-00073
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/6/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____QUINN KEEN_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1), (a)(2), and (a)(4)- Entering and Remaining; Disorderly and Disruptive Conduct; and, Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D), (e)(2)(F), and (e)(2)(G)- Disorderly Conduct; Act of Physical Violence; and Parading, Demonstrating or Picketing in the Capitol Grounds or Buildings.

Date: April 6, 2023

*Issuing officer's signature*
2023.04.06
12:02:39 -04'00'

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* April 06, 2023, and the person was arrested on *(date)* April 06, 2023
at *(city and state)* Chicago, IL

Date: April 06, 2023

*Arresting officer's signature*

Alex Dehr FBI Special Agent
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
|     Plaintiff | ) | Case No: 23 CR 206 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Quinn Keen | ) | |
|     Defendant | ) | |

**ORDER**

Initial appearance on a removal proceeding held on 4/7/23 as to Defendant Quinn Keen. Adam Rosenbloom appeared on behalf of the Government. Francis C. Lipuma was appointed to represent the defendant. Defendant appeared in response to the arrest on 4/6/23. The Government advised the defendant of the charges pending against him and the maximum penalties. Defendant was advised of his rights. Defendant waived his right to an identity hearing. The Government and the defendant agreed to certain conditions of release. Defendant is released on a $10,000.00 bond. Enter Order Setting Conditions of Release. Defendant is to be released after processing. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Case is terminated.

T: 00:15

Date: April 7, 2023

_____
Magistrate Judge Maria Valdez

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ AMANDA KEIL
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
April 10, 2023

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                           Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 23 CR 206 |
| QUINN KEEN ) | |
| _Defendant_ ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                _Place_

on _____
           _Date and Time_

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

$10,000 OR Bond

23 CR 206

AO 199B (Rev. 12/20) Additional Conditions of Release                                                      Page 2 of 4 Pages

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6)  The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                                                          Custodian                                              Date

( ✓ ) (7)  The defendant must:
  ( ✓ ) (a)  submit to supervision by and report for supervision to the _____,
             telephone number _____, no later than _____.
  ( ☐ ) (b)  continue or actively seek employment.
  ( ☐ ) (c)  continue or start an education program.
  ( ✓ ) (d)  surrender any passport to: _____
  ( ✓ ) (e)  not obtain a passport or other international travel document.
  ( ☒ ) (f)  abide by the following restrictions on personal association, residence, or travel: Travel restricted to Central District of Illinois + District of Columbia for Court only.
  ( ☐ ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

  ( ☐ ) (h)  get medical or psychiatric treatment: _____

  ( ☐ ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

  ( ☐ ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ✓ ) (k)  not possess a firearm, destructive device, or other weapon.
  ( ☒ ) (l)  not use alcohol ( ☒ ) at all ( ☐ ) excessively.
  ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☒ ) (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ✓ ) (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
     ( ☐ ) (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
     ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
     ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
     ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
     **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release          23 CR 206          Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
    ( ☐ ) (ii)  Voice Recognition; or
    ( ☐ ) (iii) Radio Frequency; or
    ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t) _Do not operate a motor vehicle without a valid license_

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____Chicago_____IL_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __4/7/23__                    _____
                                     Judicial Officer's Signature

                                    Maria Valdez, U.S. Magistrate Judge
                                     Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 23 CR 206 |
| QUINN KEEN ) | |
| ) | |
| _Defendant_ ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____QUINN KEEN_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $ __10,000__ .

(    ) (3)   This is a secured bond of $ _____, secured by:

   (    ) (a)  $ _____, in cash deposited with the court.

   (    ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (    ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond                    23 cr 206

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 4-7-2023

_____
*Defendant's signature*

_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

CLERK OF COURT

Date: 4/7/23

_____
*Signature of Clerk or Deputy Clerk*

Approved.
Date: 4/7/23

_____
*Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23 CR 206 |
| | ) | |
| QUINN KEEN | ) | Charging District: District of Columbia |
| Defendant | ) | Charging District's Case No. 23 MJ 73 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | US District Court for District of Columbia | Courtroom No.: | |
|---|---|---|---|
| | | Date and Time: | |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 4/7/23

_____
Judge's signature

Maria Valdez, U.S. Magistrate Judge
Printed name and title

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-00206 All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Keen | Date Filed: 04/07/2023 |
| Other court case number: 1:23-mj-73 USDC, District of Columbia | Date Terminated: 04/07/2023 |

Assigned to: Honorable Maria Valdez

**Defendant (1)**

| | | |
|---|---|---|
| **Quinn Keen**<br>*TERMINATED: 04/07/2023* | represented by | **Francis C. Lipuma**<br>Law Office of Francis C. Lipuma<br>300 East Randolph Street<br>Suite 3400<br>Chicago, IL 60601<br>312-675-0089<br>Email: franklipuma@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3146.F Failure to Appear | |

**Plaintiff**

**USA** represented by **Adam L Rosenbloom**
DOJ-USAO
219 South Dearborn Street
U.S. Attorney's Office
Ste Fifth Floor
Chicago, IL 60604
312-353-3500
Email: adam.rosenbloom@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2023 |  | ARREST of defendant Quinn Keen (axk, ) (Entered: 04/10/2023) |
| 04/07/2023 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Maria Valdez as to Quinn Keen (1) (axk, ) (Entered: 04/10/2023) |
| 04/07/2023 | 2 | ORDER: Initial appearance on a removal proceeding held on 4/7/23 as to Defendant Quinn Keen. Adam Rosenbloom appeared on behalf of the Government. Francis C. Lipuma was appointed to represent the defendant. Defendant appeared in response to the arrest on 4/6/23. The Government advised the defendant of the charges pending against him and the maximum penalties. Defendant was advised of his rights. Defendant waived his right to an identity hearing. The Government and the defendant agreed to certain conditions of release. Defendant is released on a $10,000.00 bond. Enter Order Setting Conditions of Release. Defendant is to be released after processing. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of |

| | | | |
|---|---|---|---|
| | | | charges, and contempt proceedings. Case is terminated. Signed by the Honorable Maria Valdez on 4/7/2023. Mailed notice. (axk, ) (Entered: 04/10/2023) |
| 04/07/2023 | 🔒 | 3 | ORDER Setting Conditions of Release as to Quinn Keen in amount of $10,000, unsecured. Signed by the Honorable Maria Valdez on 4/7/2023. Mailed notice. (axk, ) (Entered: 04/10/2023) |
| 04/07/2023 | 🔒 | 4 | APPEARANCE Bond as to Quinn Keen in the amount of $10,000, unsecured. (axk, ) (Entered: 04/10/2023) |
| 04/07/2023 | | 5 | ATTORNEY Appearance for defendant Quinn Keen by Francis C. Lipuma (axk, ) (Entered: 04/10/2023) |
| 04/07/2023 | | 6 | ORDER requiring a defendant to appear in the district where charges are pending and transferring bail. Signed by the Honorable Maria Valdez on 4/7/2023. Mailed notice. (axk, ) (Entered: 04/10/2023) |
| 04/07/2023 | 🔒 | | (Court only) ***Terminated defendant Quinn Keen. (axk, ) (Entered: 04/10/2023) |