CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-CR-226 (TJK) |
| ) | |
| QUINN KEEN ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant   Quinn Keen

_____
Counsel for Defendant   Joseph Herrold

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: 2/20/24
United States District Judge